# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEPETEMBER PROPERTIES LLC, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 18-988 |
| v. | : | |
| MILLIONAIRE GALLERY, INC, | : | |
| Defendant. | : | |

# **ORDER**

**AND NOW**, this 18th_ day of September, 2018, it is **ORDERED** that the Motion to Dismiss or Transfer for Improper Venue, or, in the Alternative, to Dismiss or Transfer for Convenience (ECF No. 18) is **DENIED**.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

COPIES VIA ECF ON: 9/18/2018